GEOSPAN CORPORATION,
Plaintiff–Appellant,

v.

PICTOMETRY INTERNATIONAL
CORPORATION, Defendant–
Cross Appellant.

Nos. 2011–1380, 2011–1405.

United States Court of Appeals,
Federal Circuit.

June 5, 2012.

Kurt J. Niederluecke, Fredrikson & Bryson, P.A., of Minneapolis, MN, argued for plaintiff-appellant. With him on the brief were David L. Lillehaug, Darren B. Schwiebert and Grant D. Fairbairn. Of counsel was Ted C. Koshiol.

Joseph P. Titterington, Dunlap Codding, P.C., of Oklahoma City, OK, argued for defendant/cross appellant. With him on the brief were Douglas J. Sorocco and D. Ward Hobson.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

Ordered and Adjudged:

AFFIRMED. *See* Fed. Cir. R. 36.